Bobby Ray GRISSOM *v.* STATE of Arkansas

RC 88-67                                                761 S.W.2d 606

Supreme Court of Arkansas
Opinion delivered December 19, 1988

*Lyons & Emerson*, by: *W. Ray Nickle*, for appellant.

No objection.

PER CURIAM. Appellant, Bobby Ray Grissom, by his attorney, Ray Nickle, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to his miscalculation of the ninety-day limit for filing the record in this Court. *See* Ark. R. App. P. 5(a).

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* per curiam dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964; *Terry* v. *State*, 272 Ark. 243, 613 S.W.2d 90 (1981).

A copy of this opinion will be forwarded to the Committee on Professional Conduct.